UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OZIEL MARTINEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL FOR THE )<br>UNITED STATES, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 07-2141 (ESH) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Petition for Common Law Writ of Habeas Corpus by a Person in Federal Custody [Dkt. # 1] is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                    /s/
                         ELLEN SEGAL HUVELLE
                         United States District Judge

Date: December 4, 2007